

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00118-CV

PDG, INC., APPELLANT

V.

ABILENE VILLAGE, LLC, APPELLEE

On Appeal from the 42nd District Court[1]
Taylor County, Texas
Trial Court No. 50228-A, Honorable James Eidson, Presiding

August 20, 2019

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant, PDG, Inc., appeals a no-answer default judgment granted in favor of appellee, Abilene Village, LLC. Appellant's brief was originally due June 10, 2019. We granted appellant two extensions to file a brief, until July 24, 2019. By letter of July 31, 2019, we notified appellant that the brief was overdue and that the appeal was subject to dismissal for want of prosecution if a brief was not received by August 12. On July 31,

---

[1] This appeal was transferred to this Court from the Eleventh Court of Appeals by order of the Texas Supreme Court. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

2019, appellee also filed a motion to dismiss the appeal for want of prosecution due to appellant's failure to file a brief. To date, appellant has not filed a brief, responded to appellee's motion to dismiss, or had any further communication with this Court.

Accordingly, we grant appellee's motion to dismiss and dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b).

Per Curiam